# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD OF WONDER PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, <br><br> Defendants. | Case No.: 2:18-cv-01251-FMO-SSx <br><br> Assigned to Hon. Fernando M. Olguin <br><br> **[DISCOVERY MATTER]** <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY** <br><br> Date: [TBD] <br> Time: [TBD] <br> Place: [TBD] <br><br> Complaint Filed: 2/15/18 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

15722510.2
095477-10279

[PROPOSED] ORDER

Having reviewed Plaintiff World of Wonder Productions, Inc.'s ("WOW") *Ex Parte* Application for Expedited Discovery ("Application"), and having considered the arguments raised therein, including the requirements of the Cable Privacy Act, 47 U.S.C. § 551 and California Public Utilities Code section 2891, and for good cause shown, the Application is **GRANTED**.

**IT IS ORDERED** that WOW is excused from the meet and confer requirements of Fed. R. Civ. P. 26 and may conduct limited discovery from Instagram, LLC ("Instagram"), Reddit, Inc. ("Reddit") and Twitter, Inc. ("Twitter") for the sole purpose of ascertaining the identities of the Doe Defendants. WOW may seek from Instagram, Reddit and Twitter, identifying information for the users of the account "RealityTVLeaks," specifically, their names, addresses, e-mail addresses, IP addresses, telephone numbers, and geographic location information.

**IT IS FURTHER ORDERED** that if the information produced by Instagram, Twitter and/or Reddit includes Internet Protocol ("IP") addresses, WOW is excused from the meet and confer requirements of Fed. R. Civ. P. 26, and WOW is permitted to collect limited discovery from the Internet Service Providers ("ISPs") for those IP addresses for the sole purpose of ascertaining the identities of the Doe Defendants, specifically, the names, residential and billing addresses, e-mail addresses, and telephone numbers associated with each of the identified IP addresses.

**IT IS FURTHER ORDERED** that if the information produced by Instagram, Twitter and/or Reddit includes e-mail addresses, WOW is excused from the meet and confer requirements of Fed. R. Civ. P. 26, and WOW is permitted to collect limited discovery from the e-mail service providers for the sole purpose of ascertaining the identities of the Doe Defendants, specifically, the names, addresses, telephone numbers, and the IP, residential and/or billing addresses associated with each of the identified e-mail addresses.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

15722510.2
095477-10279

2

[PROPOSED] ORDER

**IT IS FURTHER ORDERED** that, if served with a subpoena, the ISPs who administer the IP addresses identified by Instagram, Twitter, Reddit, and/or the e-mail service providers, (i) immediately suspend any process that might result in deletion of personally identifying information associated with those IP addresses, (ii) comply with the notice provision contained in 47 U.S.C. § 551(c)(2)(B) (if the subpoenaed party is a "Cable operator" as defined by 27 U.S.C. § 522(5)) and, (iii) pursuant to 47 U.S.C. § 551 and California Public Utilities Code section 2894, respond to the subpoena, and produce documents and information sufficient to identify the subscriber(s) of the identified IP addresses, specifically, their names, residential and billing addresses, e-mail addresses, and telephone numbers.

**IT IS SO ORDERED**

Dated: 2/23/18 　　　　　　　　　　　　　／S／

Hon. Suzanne H. Segal
Magistrate Judge
United States District Court for the Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

15722510.2
095477-10279

3

[PROPOSED] ORDER