Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS JOHN DOES 1-10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD OF WONDER PRODUCTIONS, INC.<br><br>           Plaintiff,<br><br>    vs.<br><br>JONE DOES 1-10,<br><br>           Defendants. | No. 2:18-CV-01251-FMO-SS<br><br>**NOTICE OF APPEARANCE FOR JOHN DOE** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of JONE DOE.

       DATED this 4th day of April, 2018.

                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                              By /S/  Steve Vondran
                                     Steven C. Vondran, Esq.
                                     *Attorneys for John doe*

|   |   |
|---|---|
| 1 | |
| 2 | **ORIGINAL** of the foregoing *e-filed* this |
| 3 | 4th day of April 2018, with: |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | **Chief Judge** |
|   | Fernando M. Olguin |
| 6 | 350 W. 1st Street, 6th Floor |
| 7 | Courtroom 6D |
| 8 | Los Angeles, CA  90012 |
| 9 | **COPY** *mailed* this date to: |
| 10 | |
|   | LOEB & LOEB, LLP |
| 11 | 10100 Santa Monica Blvd, Suite 2200 |
|   | Los Angeles, California  90067 |
| 12 | (F) (310) 282-2200 |
|   | Attn:  Edward K. Lee, Esq. |
| 13 | elle@loeb.com |
| 14 | |
|   | LOEB & LOEB, LLP |
| 15 | 345 Park Avenue |
|   | New York, New York  10154 |
| 16 | Attn: Tal E. Dickerstein |
|   | tdickerstein@loeb.com |
| 17 | Attn: C. Linna Chen, Esq. |
| 18 | lchen@loeb.com |
|   | / |
| 19 | |
| 20 | |
| 21 | Executed on April 4*, 2018,* at Phoenix, Arizona . |
| 22 | By:   */s/     Lisa Vondran*          _____ |
| 23 |                  Lisa Vondran, Assistant |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |