AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.<br>2:18-cv-01251 | DATE FILED<br>2/15/2018 |
| PLAINTIFF<br>World of Wonder Productions, Inc, | DEFENDANT<br>John Does, 1-10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Schedule A | See Schedule A | See Schedule A |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>5/3/2018 |
|---|---|---|
| CLERK<br>KIRY GRAY | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>5/4/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# SCHEDULE A

| Title | Registration Number | Author of Work |
|---|---|---|
| **All-Star Variety Show** | PENDING | World of Wonder Productions, Inc. |
| **Divas Live** | PENDING | World of Wonder Productions, Inc. |
| **The Bitchelor** | PENDING | World of Wonder Productions, Inc. |
| **All Stars Snatch Game** | PENDING | World of Wonder Productions, Inc. |
| **Warhol Ball** | PENDING | World of Wonder Productions, Inc. |
| **Handmaids to Kitty Girls** | PENDING | World of Wonder Productions, Inc. |
| **My Best Squirrelfriend's Dragsmaids Wedding Trip** | PENDING | World of Wonder Productions, Inc. |
| **A Jury of their Queers** | PRE000010143 | World of Wonder Productions, Inc. |